JOHN J. SHAEFFER (SBN 138331)
JShaeffer@FoxRothschild.com
MEEGHAN H. TIRTASAPUTRA (SBN 325572)
MTirtasaputra@FoxRothschild.com
FOX ROTHSCHILD LLP
Constellation Place
10250 Constellation Blvd, Suite 900
Los Angeles, California 90067
Telephone:  310.598.4150
Facsimile:   310.556.9828

Attorneys for Plaintiff Riot Games, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIOT GAMES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>T2M, INC., a Minnesota corporation; T2M SPORTS, INC., a Massachusetts corporation; and DOES 1-50,<br><br>Defendants. | Case No. 2:23-cv-3504<br><br>**COMPLAINT FOR FEDERAL TRADEMARK INFRINGEMENT (15 U.S.C. § 1114)**<br><br><u>**DEMAND FOR JURY TRIAL**</u> |

Plaintiff Riot Games, Inc. ("Riot Games" or "Plaintiff") brings this Complaint against Defendants T2M, Inc. and T2M Sports, Inc. (collectively, "T2M" or "Defendants") for federal trademark infringement in violation of the Lanham Act, 15 U.S.C. § 1114, *et seq.*, and alleges as follows:

## INTRODUCTION

1.      Fame has value. Companies with products aimed at consumers pay handsomely to affiliate with celebrities, influencers, and famous brands, and for good reason: it drives sales. Riot Games, affectionately known by its consumers as Riot, has such fame. Its flagship game, League of Legends, which spawned the esports phenomenon, the League of Legends World Championship, is known worldwide and

1

145442925.1

is still one of the world's most popular PC games nearly 14 years after it was first released. Gaming-peripheral makers have sought for years to affiliate with Riot Games, knowing that even the suggestion of a Riot Games sponsorship allows their products to be seen above the noise of competition. For this reason, Riot Games is highly selective in who it allows to use its name, and, well-aware of the value of its brand, such licensing from Riot Games is not cheap.

2.     But why seek a license when you can simply slap the Riot name on your product? That is what T2M thought and did. Unable to fund a media blitz sufficient to gain brand awareness for its peripherals, T2M simply included "Riot" in the name of its game controller, the equivalent of a fledgling basketball shoe company calling their new boots Curry, James, or Lebron. To make it more obvious that they were trying to benefit off of Riot Games's goodwill, T2M used the League of Legends World Championship in name, without authorization or license, in its early efforts to raise capital by crowdfunding. This is exactly the conduct that the Lanham Act prohibits.

3.     T2M's free ride must now come to an end. Despite T2M's contention that gamers know the difference between Riot Games's products and T2M's peripherals, actual confusion has already occurred. Since T2M refuses to back down, hoping to garner all revenues it can before it is forced to change its products' names, Riot Games is forced to file this lawsuit to protect its brand and reputation.

## THE PARTIES

4.     Plaintiff Riot Games, Inc. is a corporation organized pursuant to the laws of Delaware with a principal place of business in Los Angeles, California. Riot Games is one of the world's leading video game developers and international esports operators. By always putting player experience first and above all else, Riot Games has garnered an extremely loyal customer, player, and fan base.

5.     Plaintiff is informed and believes, and on that basis alleges, that Defendant T2M, Inc. is a corporation organized pursuant to the laws of Minnesota

145442925.1

with a principal place of business in Golden Valley, Minnesota as well as a principal place of business in Pembroke, Massachusetts. Plaintiff is informed and believes, and on that basis alleges, that T2M, Inc. was previously T2M, LLC until it converted to a corporation in January of 2022.

6.    Plaintiff is informed and believes, and on that basis alleges, that Defendant T2M Sports, Inc. is a corporation organized pursuant to the laws of Massachusetts with a principal place of business in Golden Valley, Minnesota as well as a principal place of business in Pembroke, Massachusetts.

7.    Plaintiff is informed and believes, and on that basis alleges, that Does 1-50 are persons or entities responsible in whole or in part for the wrongdoing alleged herein ("Doe Defendants"). Each of the Doe Defendants participated in, ratified, endorsed, and/or was otherwise involved in the acts complained of, and they have liability for such acts. Plaintiff will amend this Complaint if and when the identities of such persons or entities and/or the scope of their actions become known.

## JURISDICTION AND VENUE

8.    Pursuant to 15 U.S.C. § 1114, this Court has subject matter jurisdiction over Plaintiff's claims for relief for violation of the Lanham Act.

9.    Plaintiff is informed and believes, and on that basis alleges, that this Court has personal jurisdiction over Defendants because they have extensive contacts with, and conduct business within, the State of California and this judicial district; Defendants have advertised and promoted their products and services in this judicial district; the causes of action asserted in this Complaint arise out of Defendants' contacts with this judicial district; and because Defendants have caused tortious injury to Plaintiff in this judicial district.

10.    Venue is proper in this judicial district under 28 U.S.C. § 1391(b) because Defendants have extensive contacts with, and conduct business within, the State of California and this judicial district; Defendants have advertised and promoted their products and services in this judicial district; the causes of action

asserted in this Complaint arise out of Defendants' contacts with this judicial district; and because Defendants have caused tortious injury to Plaintiff in this judicial district.

## FACTS COMMON TO ALL CLAIMS FOR RELIEF

### *Riot Games*

11.    Riot Games was founded in September of 2006.

12.    Once a scrappy startup, Riot Games has evolved into one of the world's most well-known video game developers and a leading force in the explosive new arena of esports. The Riot Games community refers to Riot Games in shorthand as Riot, as no other video game developer in the world uses the word in their name.

13.    In 2009, Riot Games released its debut title, League of Legends, which took the industry by storm and has gone on to be the most played personal computer ("PC") game in the world.

14.    Between June of 2011 through July of 2012, League of Legends players logged nearly 1.3 billion hours of gameplay. By 2014, League of Legends had 27 million players ***daily*** and 67 million monthly. By October 2021, Riot Games announced that it had reached 180 million monthly players across its game titles set in Runeterra, the League of Legends universe.

15.    In 2011, Riot Games held its first ever League of Legends World Championships, which garnered over 1.3 million viewers. Only nine years later in 2020, the League of Legends World Championships attracted 44 million concurrent viewers. By 2021, the League of Legends World Championships had the most participants and the most spectators of any esports event in the world.

16.    The exponential growth of League of Legends necessarily caused a parallel growth of Riot Games such that consumers of the video game industry automatically associate League of Legends with Riot Games.

17.    Its success with League of Legends further allowed Riot Games to branch into other areas of the video game industry, such as the development of mobile

4

145442925.1

games. It further opened the door to several licensing partnerships with video game and computer hardware and accessory makers.

18.     More recently, Riot Games has seen worldwide success with its new game, Valorant.

19.     Within the first month of its official release in June of 2020, Valorant reached an average active player count of 15 million. This number remains the monthly average of active players almost three years later, a feat only a handful of video games have achieved.

20.     Valorant's release was also met with immediate praise from critics and recognition as a nominee of the Game Awards, for which it received nominations for Best Community Support, Best Multiplayer Game, and Esports Game of the Year in 2020, only months after its release. Valorant has been nominated for Esports Game of the Year by the Game Awards every year since its release and ultimately won in 2022. Valorant was also nominated by the BAFTA Awards for Best Multiplayer Game and EE Game of the Year in 2021.

21.     In November 2020, due to the overwhelming popularity of the game, Riot Games announced the first Valorant Champions Tour, an esports tournament series, in which 10,000 teams ultimately competed. The Washington Post has slated the Valorant Champions Tour to become the "next big esport."[1]

22.     The popularity of Valorant necessarily caused a parallel growth of Riot Games such that consumers of the video game industry automatically associate Valorant with Riot Games.

23.     Valorant's success has also allowed for further partnerships between Riot Games and gaming peripheral makers.

### Riot Games's Mobile Games

24.     As the rise of popularity for mobile games became more apparent, Riot

---

[1] https://www.washingtonpost.com/video-games/esports/2022/07/25/valorant-partners-esports/

145442925.1

Games sought to meet the demands from its players to create mobile games in addition to PC games.

25.     On March 19, 2020, Riot Games released Teamfight Tactics, a spinoff game of League of Legends, for mobile users. The game was available as a standalone app for Android and iOS. Within its first seven days, Teamfight Tactics had 3.6 million mobile downloads. By July 2021, Teamfight Tactics had more than 15 million mobile downloads.

26.     On April 30, 2020, Riot Games released Legends of Runeterra for mobile, another League of Legends spinoff game. Within a year, the game received almost 13 million mobile downloads.

27.     Later in 2020, Riot Games released another mobile game called League of Legends: Wild Rift. The game was released in closed beta on October 27, 2020, with multiple expansions of the beta over the course of the next couple months. The open beta launched in the Americas on March 29, 2021 and recorded 6 million downloads just on the day of release. The global total of mobile downloads of the game by then surpassed 32 million.

28.     Currently, Riot Games is developing a mobile version of Valorant to meet the demands from players to be able to play the game on the go.

### Riot Games's Xbox Partnerships

29.     In or about June of 2022, Riot Games announced that all of its biggest tiles would be available on Xbox's Game Pass, which is Microsoft's video game subscription service that allows Xbox users to download and play games on their Xbox devices.

30.     These games include PC games League of Legends and Valorant as well as mobile games Teamfight Tactics, League of Legends: Wild Rift, and Legends of Runeterra.

### Riot Games in the Gaming Hardware Space

31.     Though Riot Games was founded as a video game developer and

6

145442925.1

publisher, it has expanded beyond the creation of games and into licensing its brand for gaming hardware and computer accessories, such as mice, keyboards, headsets, and chairs for the gaming consumer.

32.   Riot Games's initial expansion into the space was led by the global success of League of Legends and resulted in a multitude of partnerships with video game hardware and electronics accessory brands, including, but not limited to, Razer, AOC, Logitech G, Superplay, and Secretlab.

33.   On or about March 5, 2013, Riot Games and Razer announced their partnership to produce "Collector's Edition" peripherals that featured League of Legends. This collection included a specially crafted gaming mouse optimized for Multiplayer Online Battle Arena (MOBA) gaming, which featured six large, mechanical thumb buttons and a custom League of Legends logo and detailed rune script on its scroll wheel. The collection also included a League of Legends-branded Razer Goliathus mouse mat designed to enhance swift movements during gameplay.

34.   In or about March 2022, Riot Games and AOC announced their partnership to produce the first computer gaming monitor inspired by League of Legends and the game's iconic in-game Hextech technology. The monitor, entitled the AGON PRO AG275QXL - AGON League of Legends Edition, sports a unique design and special features crafted specifically for the MOBA experience. The monitor also comes with an external remote that lets players conveniently switch between game modes and adjust gaming features on the fly.

35.   On or about October 12, 2021, Riot Games and Logitech G, a brand of Logitech, announced their partnership and creation of a series of collectible League of Legends PC gaming gear. This collection was designed with League of Legends's proprietary Hextech look and feel across a multitude of products, including the Logitech G PRO X Gaming Headset, the Logitech G PRO Wireless Gaming Mouse, the Logitech G PRO Mechanical Gaming Keyboard, and the Logitech G840 XL Gaming Mouse pad.

145442925.1

36.     In or about March of 2021, Riot Games and Logitech G announced another collaboration to expand its League of Legends special edition collection to include peripherals featuring League of Legends's extremely popular in-game virtual K-pop girl group, K/DA. These peripherals include the Pro K/DA Mechanical Gaming Keyboard, the G502 Hero K/DA High-Performance Gaming Mouse, the G333 K/DA Gaming Earphones, the G733 K/DA Lightspeed Wireless RGB Gaming Headset, the G840 K/DA XL Gaming Mouse Pad, and the G305 K/DA Lightspeed Wireless Gaming Mouse.

37.     In or about July of 2022, Riot Games and Logitech announced a further collaboration to produce a new collection of peripherals based on Star Guardian, a series of parallel universe skins in League of Legends. These peripherals include the Logitech G435 Wireless Star Guardian headset, the Logitech G413 TKL SE Star Guardian keyboard, and the Logitech G502 HERO Star Guardian mouse.

38.     On or about August 14, 2020, Riot Games and Superplay announced a partnership to launch a phone accessories collection featuring League of Legends's virtual K-pop girl group, K/DA. The collection encompasses 27 pieces that includes K/DA-themed smartphone and AirPod cases. After seeing the success of the first launch, Riot Games and Superplay announced a second K/DA All Out collection that featured the same accessories with different designs of the K/DA members.

39.     On or about September 30, 2019, Riot Games and Secretlab announced a collaboration to provide special League of Legends branded gaming chairs for the League of Legends World Championships. Secretlab has been the official gaming chair sponsor of the League of Legends World Championships every year since, coming out with new chairs for each year. Secretlab has also partnered with Riot Games to create specially themed chairs in celebration of the premiere of Netflix's series, Arcane, which is based on the League of Legends universe, and more recently, to feature Valorant.

40.     On most packaging for these items is Riot Games's name and logo,

8

145442925.1

visible for the consumer to see alongside the branding of the game title. However, the game titles are so connected to Riot Games that consumers automatically associate the two such that Riot Games doesn't ***need*** to include its name or logo for people to know the product is associated with it. Thus, the aforementioned peripherals that have League of Legends, K/DA, Valorant, and other game-specific branding on them are equal to the Riot Games name in consumers' minds.

41.     Beyond these partnerships, which Riot Games continues to foster and enter into, Riot Games has on its own started to produce computer hardware, which it sells on its website, specifically including mousepads with various designs inspired by its video game titles and tournaments.

### *Riot Games's Marks*

42.     Since its formation, Riot Games has extensively promoted itself and its brand in the video game industry through a variety of media outlets, including through its website; various gaming influencers on Twitch and YouTube Live; and social media platforms, such as Facebook, Twitter, Instagram, Twitch, and YouTube. Screen captures of Riot Games's Facebook, Twitter, Instagram, Twitch, and YouTube accounts that were taken on May 3, 2023 are attached to this Complaint as Exhibit 1. As can be seen from Exhibit 1, Riot Games's Facebook page has over 1.4 million likes; Riot Games's Twitter account is being followed by over 2.7 million Twitter users; Riot Games's Instagram account has over 1.1 million followers; Riot Games's Twitch account has over 6.5 million followers; and Riot Games's YouTube page has over 480,000 subscribers. Riot Games has invested substantial sums in media and related content to promote itself and its brand.

43.     To protect the investment in and to the brand, Riot Games owns the following US trademark registrations:

a)     Registration No. 4641399 for RIOT in IC 25 and 28

b)     Registration No. 4597374 for RIOT GAMES in IC 16, 25, and 28

1      c)    Registration No. 4667930 for RIOT GAMES & DESIGN in IC

2           25 and 28

3      d)    Registration No. 6284055 for RIOT TABLETOP in IC 28

4      e)    Registration No. 6284080 for RIOT TABLETOP & Design in IC

5           28

6      f)    Registration No. 4109440 for RIOT GAMES in IC 09, 38, and 41

7      g)    Registration No. 6411893 for RIOT GAMES in IC 42

8      h)    Registration No. 6398114 for RIOT GAMES & Design in IC 09

9      i)    Registration No. 6782705 for RIOT GAMES & Design in IC 09

10     j)    Registration No. 4233498 for RIOT GAMES & Design in IC 9,

11          38 and 41

12     k)    Registration No. 6404044 for RIOT GAMES & Design in IC 41

13     l)    Registration No. 6398115 for RIOT GAMES & Design in IC 35

14     m)   Registration No. 6398121 for RIOT GAMES & Design in IC 42

15     n)    Registration No. 6583951 for RIOT GAMES & Design in IC 38

16     o)    Registration No. 6583952 for RIOT GAMES & Design in IC 38

17     p)    Registration No. 4720579 for RIOT PIN in IC 36 and 42

18     q)    Registration No. 4146255 for RIOT POINTS in IC 41

19     r)    Registration No. 6754816 for RIOT FORGE & Design in IC 09

20     s)    Registration No. 6719318 for RIOT FORGE in IC 42

21     t)    Registration No. 6230123 for RIOT VANGUARD in IC 09

22     u)    Registration No. 6230125 for RIOT VANGUARD in IC 42

23     v)    Registration No. 6230124 for RIOT VANGUARD in IC 41

24  (collectively, the "RIOT Marks"). The registration certificates for each registration

25  are collectively attached to this Complaint as Exhibit 2.

26       44.    Since September 2006, Riot Games's use of the RIOT Marks has been

27  extensive, continuous, and substantially exclusive.

28       45.    Riot Games has made, and continues to make, substantial investments

of time, effort, and money in the development, production, and promotion of itself and its brand through the use of the RIOT Marks.

46.     The RIOT Marks are unique and distinctive and, as such, designate a single source of origin. Specifically, no other video game developer has the word "riot" in its name and the significance and fame of the word in the industry was established only through Riot Games's efforts to achieve widespread fame for itself and the RIOT Marks.

47.     As a result of Riot Games's efforts and use, the RIOT Marks have come to be recognized by the public and members of the video game community as being associated exclusively with Riot Games.

48.     Riot Games expends substantial effort and expense to protect the RIOT Marks' distinctiveness in the marketplace and further extensively polices unauthorized use of the RIOT Marks.

49.     The RIOT Marks are a property right of incalculable value as they have, for the last 17 years, enjoyed unquestionable fame as a result of the favorable general public acceptance and recognition.

### *T2M's Willful Infringement of RIOT*

50.     On March 28, 2018, 12 years after Riot Games was founded and almost a decade after League of Legends was released, T2M was founded by Fraser Townley for the specific purpose of launching video game peripherals.

51.     T2M was not the first company founded by Mr. Townley and certainly was not his first encounter with the video game industry. In fact, when questioned in the proceeding before the Trademark Trial and Appeal Board (the "TTAB") about his experience in the video game industry, Mr. Townley described himself as having "been at the birth of home computing/console gaming. I was at the revolution of moving to . . . Nintendo and Sega, which was the true console, with cartridges that you dropped in. And I was at the beginning of the mobile gaming revolution. So I've always been involved somewhere along the line in gaming."

145442925.1

52.     Since 1984, Mr. Townley has immersed himself in the computer and video gaming industry. Originally from the United Kingdom, Mr. Townley started at a company called Dixons Retail plc, one of the largest consumer electronics retailers in Europe, to start their home computer game division in 1984.

53.     Mr. Townley later moved to Kingfisher plc, where he became a video game buyer and was part of the launch of Sega and Nintendo in the United Kingdom.

54.     Eventually, after having moved to the United States, Mr. Townley founded his own company called Gamevice, a mobile console gaming manufacturer that still exists today, though Mr. Townley is no longer involved with the company. As president of Gamevice, Mr. Townley's job responsibilities included being ahead of the times in the video game industry and working with numerous video game developers to create mobile-controller-compatible versions of their games.

55.     In March of 2018, Mr. Townley founded T2M with the specific goal of launching a new video game controller under the name "Rotor Riot":

 

56.     As seen from the packaging of the video game controller, "Riot" is the dominant word in the brand name, with the word "Rotor" barely visible at the top.

///

///

///

145442925.1

57.    In fact, it has always been T2M's goal to have "Riot" as the distinguishing word in its branding, both under "Rotor Riot" and the new name it adopted in 2021, "RiotPWR." As Mr. Townley admitted in the TTAB proceeding, the word "Riot" is "the bit that gets recognized." For this reason, T2M's new packaging under the name "RiotPWR" remained visibly similar when it launched the new brand in November of 2021[2]:



58.    It has also always been T2M's goal to enter the world of esports and mimic the success of Riot Games's League of Legends World Championship. Through an online fundraising platform called Netcapital, T2M explained that it wanted to create an esports tournament for mobile games as big as the League of Legends World Championship. To this end, Mr. Townley also founded a company called T2M Sports, Inc. that solely focuses on esports.

59.    Throughout all this time, however, Mr. Townley admits that he knew Riot Games had partnerships with multiple gaming hardware and computer accessory

---

[2] Plaintiff is informed and believes, and thereupon alleges, that the Xbox Game Pass one-month subscription was not a feature on T2M's packaging until sometime in 2022.

1    and peripheral manufacturers that featured some of Riot Games's hit titles, such as

2    League of Legends. But he conveniently denies that he connected the dots between

3    the video game titles with Riot Games.

4         60.    In fact, Mr. Townley suggests that there is no conflict between T2M's

5    use of "Rotor Riot" or "Riot PWR" because he's "not aware of any relationship where

6    peripheral manufacturers utilize the word 'Riot Games.'" Clearly, any real gamer

7    would know the association between Riot Games and any of the games it has

8    developed, not to mention someone who has based their whole career in the video

9    game industry "since its birth."

10        61.    Mr. Townley's claims are also made in the face of his own admissions

11   in the TTAB proceeding that he stays "ahead of the times" and ahead of trends in the

12   video game industry as well as his admission that he regularly works with video game

13   developers, including Riot Games, who he allegedly approached in 2021, to discuss

14   controller-compatibility.

15        62.    T2M does not intend to stop at just its mobile game controller, however.

16   T2M intends to expand into the PC gaming hardware space with the manufacture and

17   sale of headphones, keyboards, and mice.

18        63.    As outlined above, Riot Games is already occupying the video game

19   accessory and peripherals space, and specifically including the PC gaming hardware

20   space, with partners like Razer and Logitech, which T2M considers its competitors

21   in the space. Yet, knowing this, T2M intends to tread into that space – further than it

22   already has – with Riot Games's well-established name.

23                      ***The Trademark Trial and Appeal Board Proceeding***

24        64.    In 2021, T2M[3] filed three applications (the "Applications") to register

25   the mark "RiotPWR" in international class 28 in the following forms:

26   ///

27

28   _____
     [3] At the time it filed the Applications, T2M was still a limited liability corporation.

1)      2)      3)



*See generally* Ex. 3.

65.   Upon publication, Riot Games promptly contacted T2M in the hopes of amicably resolving concerns over consumer confusion. T2M had no interest in this. As a result, Riot Games filed an opposition before the TTAB.

**Harm to Riot Games and the General Public Through Actual Confusion**

66.   T2M's use of RIOT or any similar designation thereto, creates a likelihood of confusion as to the source, sponsorship, affiliation, or endorsement of T2M's goods and services, and is likely to falsely suggest a sponsorship, connection, license, or association of T2M, Rotor Riot, and RiotPWR with Riot Games.

67.   Specifically, Riot Games is already in the video game accessory and computer hardware space and has been since as early as 2013. This is the same space in which T2M is attempting to establish its RiotPWR brand and which Mr. Townley admittedly wants to be known as "Riot." Further, T2M's controller is practically identical to an Xbox controller and, as of sometime in 2022, started offering on its packaging a one-month subscription of Xbox Game Pass. As outlined above, Riot Games has a number of hit titles available on Xbox Game Pass since June of 2022. Such overlap with Xbox only adds further confusion to the use of the word "riot" in T2M's branding of its controller.

68.   Demonstrating beyond a likelihood of confusion, multiple consumers of T2M's video game controller have demonstrated ***actual*** confusion in the time that T2M has argued that there would be no likelihood of confusion between its products under "Riot PWR" or "Rotor Riot" and Riot Games's goods and services.

69.   On April 3, 2020, a consumer of T2M's video game controller submitted

COMPLAINT

145442925.1

a "ticket" via Riot Games's Player Support page that reads: "i just bought a riot rotor controller for iphone but the internal battery only charges when connected to the phone, and only until the first red led. i was wondering if normal or should as i think it charges to max when not connected to the phone. thanks."[4] Ex. 4.

70.    Similarly, on July 7, 2022, another consumer of T2M's video game controller submitted a "ticket" via Riot Games's Player Support page that reads: "Hello, I bought a riot Lightning rotor controller on the Apple site on 08/09/2021. Today I have a big problem when using the lower left trigger generates a problem of poor contact and no longer works correctly. The product is still under warranty what can you do for me! My Apple order reference is W792802381."[5] Ex. 4.

71.    These instances of *actual* confusion give Riot Games well-warranted concern that T2M's video game controller, as well as any other T2M products using the name "Riot," are riding on the shoulders of Riot Games's well-established place in the marketplace.

### *T2M's Continued Infringing Use of RIOT*

72.    Since its launch of the video game controller in 2018, T2M has been continuously using and promoting "Riot" in relation to its goods and services, and it does so with the intention that people gravitate towards its product and remember it by the word "Riot."

73.    T2M's continued use of "Riot" has irreparably harmed Riot Games and the Riot Games brand it has worked so hard to establish.

74.    Similarly, T2M's continued use of "Riot" has irreparably harmed the general public, which has an inherent interest in being free from the confusion, mistake, and deception actually caused by T2M.

///

---

[4] The original ticket was submitted in Spanish. This is the English translation of the ticket.

[5] The original ticket was submitted in French. This is the English translation of the ticket.

145442925.1

**FIRST CLAIM FOR RELIEF**

**Federal Trademark Infringement**

**15 U.S.C. §§ 1114**

75.    Riot Games incorporates by reference the factual allegations set forth above.

76.    Riot Games owns the RIOT Marks and first used them in or about September of 2006 when it was founded. While it was just a startup, Riot Games made a name for itself since at least 2009 when it released its premier game, League of Legends, which quickly received worldwide acclaim. The September 2006 founding of the company is more than 12 years prior to T2M's first use of the Riot mark in 2018.

77.    T2M's actions as described above and specifically, without limitation, its willful use of the RIOT Marks in commerce to advertise, promote, market, and sell its goods and services throughout the United States including California, constitute trademark infringement in violation of 15 U.S.C. § 1114.

78.    T2M's use of the RIOT Marks will likely cause confusion as to the origin and authenticity of its goods and services and will likely cause others to believe that there is a relationship between it and Riot Games when there is not.

79.    Through its use of the RIOT Marks, T2M intended to, and did actually confuse and mislead Riot Games's consumers into believing, and misrepresented and created the false impression, that Riot Games somehow authorized, originated, sponsored, approved, licensed, or participated in T2M's use of the RIOT Marks.

80.    As a direct and proximate result of T2M's wrongful conduct, Riot Games has been and will continue to be damaged. Riot Games has suffered and continues to suffer damages in an amount to be proven at trial consisting of, among other things, diminution in the value of and goodwill associated with the RIOT Marks and injury and interference to its business and customer relationships, which can be demonstrated through actual instances of confusion. Pursuant to 15 U.S.C. § 1117,

145442925.1

Riot Games is also entitled to recover damages in an amount to be determined at trial, profits made by T2M on sales of its goods and services, and the costs of this action.

81.    Furthermore, T2M's actions were undertaken willfully with the knowledge that Riot Games was already using the RIOT Marks and with the intention of causing confusion, mistake, or deception, making this an exceptional case entitling Riot Games to recover additional treble damages and reasonable attorneys' fees pursuant to 15 U.S.C. § 1117.

## <u>PRAYER</u>

WHEREFORE, Plaintiff prays for the following relief:

1.    An injunction ordering T2M and its officers, directors, members, agents, servants, employees, and attorneys, and all other persons acting in concert or participating with them, to:

(i)    cease all use and never use the RIOT Marks, or any other mark that includes any part of the RIOT Marks, or any other mark likely to cause confusion with the RIOT Marks, in connection with the promotion, advertising, offering for sale, or sale, of any goods or services;

(ii)    never represent, suggest in any fashion to any third party, or perform any act that may give rise to the belief, that T2M, or any of its goods or services, are related to, authorized, or sponsored by Riot Games;

(iii)    cease all use of domain names that contain the RIOT Marks and any similar domain names, and never register any domain names that contain any part of the RIOT Marks;

(iv)    cease all use of any social media accounts and any similar accounts or social media websites that use the RIOT Marks or any part thereof, and never register any social media account that contains the RIOT Marks or any part thereof;

(v)    withdraw the Applications; and

(vi)    never apply for or seek to register any mark that is likely to cause

145442925.1

confusion with the RIOT Marks.

2.    An order pursuant to 15 U.S.C. § 1116(a), directing T2M to file with the Court and serve upon Riot Games's counsel, within thirty (30) days after service of the order of injunction, a report in writing under oath setting forth in detail the manner and form in which T2M has complied with the injunction.

3.    An order finding that, by the acts complained of above, T2M has infringed on Riot Games's trademarks in violation of 15 U.S.C. § 1114.

4.    An order awarding Riot Games damages, pursuant to 15 U.S.C. § 1117, Riot Games's actual damages, as well as all of T2M's profits or gains of any kind from their acts of trademark infringement, including a trebling of those damages due to T2M's improper intent.

5.    An order, pursuant to 15 U.S.C. § 1117, finding that this is an exceptional case and awarding Riot Games its reasonable attorneys' fees.

6.    An order, pursuant to 15 U.S.C. § 1117, awarding Riot Games all of its costs, disbursements, and other expenses incurred due to T2M's unlawful conduct.

7.    An order awarding Riot Games such other relief as the Court deems appropriate.

Dated: May 8, 2023

**FOX ROTHSCHILD LLP**

_/s/ Meeghan H. Tirtasaputra_
John J. Shaeffer
Meeghan H. Tirtasaputra
Attorneys for Plaintiff Riot Games, Inc.

19

COMPLAINT

# Exhibit 1

**FACEBOOK:**



**TWITTER:**



**INSTAGRAM:**



**TWITCH:**



2

**<u>YOUTUBE:</u>**



145455437.1

# Exhibit 2

# United States of America

## United States Patent and Trademark Office

# RIOT

**Reg. No. 4,641,399**

**Registered Nov. 18, 2014**

**Corrected Sep. 03, 2019**

**Int. Cl.: 9, 16, 25, 28, 38, 41**

**Service Mark**

**Trademark**

**Principal Register**

Riot Games, Inc.  (DELAWARE CORPORATION)
12333 W. Olympic Blvd.
Los Angeles, CALIFORNIA 90064

CLASS 9: Optical disk-based game software for use on computers; downloadable video game software; optical discs featuring computer games, and computer game-related content; computer programs for use in tracking the status of various users of online interactive gaming services and for matching online game players with other players of all skill levels; Multi-player interactive online computer game programs

FIRST USE 10-21-2008; IN COMMERCE 10-27-2009

CLASS 16: Printed matter, namely, cheat code books, strategy guides for games, instructional leaflets in the field of computer games, manuals for computer games, catalogs featuring computer game merchandise; role playing game equipment in the nature of game book manuals

FIRST USE 9-2-2012; IN COMMERCE 9-2-2012

CLASS 25: clothing, namely, pajamas, sweatshirts, t-shirts, shirts, pants, jackets, shorts, socks, underwear, ties and sweaters; headwear

FIRST USE 9-2-2012; IN COMMERCE 9-2-2012

CLASS 28: Toys, namely, toy action figures and accessories therefor, mechanical action toys, toy vehicles and bendable toy figurines, role-playing games, role playing toys excluding toys for use in psychological evaluation and counseling, collectible toy figures, fantasy character toys, positionable toy figures, talking toys, toy weapons

FIRST USE 9-28-2012; IN COMMERCE 9-28-2012

CLASS 38: providing on-line chat rooms or interactive discussion forums for transmission of messages among the participants of multiplayer games, computer games and activities

FIRST USE 10-27-2009; IN COMMERCE 10-27-2009

CLASS 41: Entertainment services, namely, providing on-line computer games for others over global and local area computer networks; entertainment services, namely, providing information to game players on the performance and scores of other players of interactive online games, as an integral component of online gaming services; providing interactive online computer games via the World Wide Web; providing information about online computer games and video games via the World Wide Web; providing multiplayer interactive games over the World Wide Web; entertainment services, namely, providing tracking of users of online interactive gaming services and matching online game players with other players of



Director of the United States
Patent and Trademark Office

all skill levels, as an integral component of online gaming services; providing a website featuring on-line product trivia, tips and strategies for computer games; fan club services

FIRST USE 10-27-2009; IN COMMERCE 10-27-2009

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 77-059,016, FILED 12-07-2006

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# RIOT GAMES

**Reg. No. 4,597,374**

**Registered Sep. 02, 2014**

**Corrected Sep. 03, 2019**

**Int. Cl.: 16, 25, 28**

**Trademark**

**Principal Register**

Riot Games, Inc.  (DELAWARE CORPORATION)
12333 W. Olympic Blvd.
Los Angeles, CALIFORNIA 90064

CLASS 16: Printed matter, namely, cheat code books, strategy guides for games, instructional leaflets in the field of computer games, manuals for computer games, catalogs featuring computer game merchandise; role playing game equipment in the nature of game book manuals

FIRST USE 9-2-2012; IN COMMERCE 9-2-2012

CLASS 25: clothing, namely, pajamas, sweatshirts, t-shirts, shirts, pants, jackets, shorts, socks, underwear, ties and sweaters; headwear

FIRST USE 9-2-2012; IN COMMERCE 9-2-2012

CLASS 28: Toys, namely, toy action figures and accessories therefor, mechanical action toys, toy vehicles and bendable toy figurines, role-playing games, role-playing toys excluding toys for use in psychological evaluation and counseling, collectible toy figures, fantasy character toys, positionable toy figures, talking toys, toy weapons

FIRST USE 9-28-2012; IN COMMERCE 9-28-2012

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "GAMES"

SER. NO. 77-058,994, FILED 12-07-2006



Director of the United States
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and  an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,667,930**

**Registered Jan. 6, 2015**

**Int. Cls.: 16, 25, and 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

RIOT GAMES, INC. (DELAWARE CORPORATION)
2450 BROADWAY
SANTA MONICA, CA 90404

FOR: PRINTED MATTER, NAMELY, CHEAT CODE BOOKS, COMIC BOOKS, TRADING CARDS, STRATEGY GUIDES FOR GAMES, MANUALS FOR COMPUTER GAMES, CATA-LOGS FEATURING COMPUTER GAME MERCHANDISE, PHOTOGRAPHS AND PRINTS, STICKERS, POSTERS, TEMPORARY TATTOOS; ROLE PLAYING GAME EQUIPMENT IN THE NATURE OF GAME BOOK MANUALS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 9-2-2012; IN COMMERCE 9-2-2012.

FOR: CLOTHING, NAMELY, PAJAMAS, SWEATSHIRTS, T-SHIRTS, SHIRTS, PANTS, JACKETS, SHORTS, GLOVES, SCARVES, POLO SHIRTS, BUTTON DOWN SHIRTS, UN-DERWEAR, TIES AND SWEATERS; HEADWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-2-2012; IN COMMERCE 9-2-2012.

FOR: TOYS AND GAMES, NAMELY, TOY ACTION FIGURES AND ACCESSORIES THEREFOR, MECHANICAL ACTION TOYS, TOY VEHICLES, BENDABLE AND POSITION-ABLE TOY FIGURINES, ROLE-PLAYING GAMES AND TOYS THEREFOR, BOARD GAMES, CARD GAMES, COLLECTABLE TOY FIGURES, FANTASY CHARACTER TOYS, TALKING TOYS, TOY WEAPONS; STUFFED AND PLUSH TOYS; STAND ALONE VIDEO GAME MACHINES; PLAYING CARDS; CHRISTMAS TREE ORNAMENTS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 9-28-2012; IN COMMERCE 9-28-2012.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "GAMES", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE WORDING "RIOT GAMES", WITH THE WORD "RIOT" APPEARING IN FRONT OF AN OVAL-SHAPED BACKGROUND WITH A FIST DESIGN REPLACING THE DOT OVER THE LETTER "I". THE WORD "GAMES" APPEARS BENEATH THE WORD "RIOT" IN CAPITAL LETTERS.



*Michelle K. Lee*

**Deputy Director of the United States Patent and Trademark Office**

**Reg. No. 4,667,930** SN 85-567,105, FILED 3-12-2012.

ALEX KEAM, EXAMINING ATTORNEY

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL
> TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
> DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.
>
> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

> **The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
> reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# RIOT TABLETOP

**Reg. No. 6,284,055**

**Registered Mar. 02, 2021**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Riot Games, Inc.  (DELAWARE CORPORATION)
12333 W. Olympic Blvd.
Los Angeles, CALIFORNIA 90064

CLASS 28: Equipment sold as a unit for playing tabletop games; tabletop games

FIRST USE 9-16-2020; IN COMMERCE 9-16-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4146255, 4641399, 4597374

No claim is made to the exclusive right to use the following apart from the mark as shown: "TABLE TOP"

SER. NO. 88-567,532, FILED 08-05-2019







Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application  System  (TEAS)  Correspondence  Address  and  Change  of  Owner  Address  Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**RIOT TABLETOP**

**Reg. No. 6,284,080**

**Registered Mar. 02, 2021**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Riot Games, Inc.  (DELAWARE CORPORATION)
12333 W. Olympic Blvd.
Los Angeles, CALIFORNIA 90064

CLASS 28: Equipment sold as a unit for playing tabletop games; tabletop games

FIRST USE 9-16-2020; IN COMMERCE 9-16-2020

The mark consists of the wording "RIOT TABLETOP" in stylized font with a fist design on a shaded circular background above the wording.

OWNER OF U.S. REG. NO. 4641399, 4109440, 4233498

No claim is made to the exclusive right to use the following apart from the mark as shown: "TABLE TOP"

SER. NO. 88-577,439, FILED 08-13-2019





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO).  The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.



# United States of America
## United States Patent and Trademark Office

# RIOT GAMES

**Reg. No. 4,109,440**

**Registered Mar. 6, 2012**

**Corrected July 31, 2012**

**Int. Cls.: 9, 38 and 41**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

RIOT GAMES, INC. (DELAWARE CORPORATION)
2450 BROADWAY
SANTA MONICA, CA 90404

FOR: OPTICAL DISK-BASED GAME SOFTWARE FOR USE ON COMPUTERS; DOWNLOAD-ABLE VIDEO GAME SOFTWARE; OPTICAL DISCS FEATURING COMPUTER GAMES, AND COMPUTER GAME-RELATED CONTENT; COMPUTER PROGRAMS FOR USE IN TRACKING THE STATUS OF VARIOUS USERS OF ONLINE INTERACTIVE GAMING SERVICES AND FOR MATCHING ONLINE GAME PLAYERS WITH OTHER PLAYERS OF ALL SKILL LEVELS; MULTI-PLAYER INTERACTIVE ONLINE COMPUTER GAME PRO-GRAMS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-27-2009; IN COMMERCE 10-27-2009.

FOR: PROVIDING ON-LINE CHAT ROOMS OR INTERACTIVE DISCUSSION FORUMS FOR TRANSMISSION OF MESSAGES AMONG THE PARTICIPANTS OF MULTI PLAYER GAMES, COMPUTER GAMES AND ACTIVITIES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 10-27-2009; IN COMMERCE 10-27-2009.

FOR: ENTERTAINMENT SERVICES, NAMELY, PROVIDING ON-LINE COMPUTER GAMES FOR OTHERS OVER GLOBAL AND LOCAL AREA COMPUTER NETWORKS; PROVIDING A CONTENT MANAGEMENT SYSTEM ENABLING PLAYERS TO VIEW STATISTICAL INFORMATION ON THE PERFORMANCE OF OTHER PLAYERS IN THE FIELD OF MEDIA AND ENTERTAINMENT FOR COMMUNITIES OF PEOPLE THAT PLAY MASSIVELY MULTI PLAYER ONLINE GAMES; PROVIDING INTERACTIVE ONLINE COMPUTER GAMES VIA THE WORLD WIDE WEB; PROVIDING INFORMATION ABOUT ONLINE COMPUTER GAMES AND VIDEO GAMES VIA THE WORLD WIDE WEB; PROVIDING MULTI PLAYER INTERACTIVE GAMES OVER THE WORLD WIDE WEB; PROVIDING TRACKING OF USERS OF ONLINE INTERACTIVE GAMING SERVICES AND MATCHING ONLINE GAME PLAYERS WITH OTHER PLAYERS OF ALL SKILL LEVELS; PROVIDING A WEBSITE FEATURING ON-LINE PRODUCT TRIVIA, TIPS AND STRATEGIES FOR COMPUTER GAMES; FAN CLUB SERVICES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 10-27-2009; IN COMMERCE 10-27-2009.



Director of the United States Patent and Trademark Office

**Reg. No. 4,109,440**   THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "GAMES", APART FROM THE
MARK AS SHOWN.

SER. NO. 77-982,952, FILED 12-7-2006.

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date).  The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the
USPTO website for further information.  With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# RIOT GAMES

**Reg. No. 6,411,893**

**Registered Jul. 06, 2021**

**Int. Cl.: 42**

**Service Mark**

**Principal Register**

Riot Games, Inc.  (DELAWARE CORPORATION)
12333 W. Olympic Blvd.
Los Angeles, CALIFORNIA 90064

CLASS 42: Computer software design; computer software design and development in the field of video games; providing a website featuring technology that enables users to manage video game software online; software as a service (SaaS) services featuring software for displaying in-game data and scores; software as a service (SaaS) services featuring software for playing video games; software as a service (SaaS) services featuring software for recording video game footage; software as a service (SaaS) services featuring software for taking screenshots of video games; software as a service (SaaS) services featuring software for video game enhancements

FIRST USE 10-27-2009; IN COMMERCE 10-27-2009

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4233498, 4667930, 4641399, 4597374, 4109440

No claim is made to the exclusive right to use the following apart from the mark as shown: "GAMES"

SER. NO. 88-424,830, FILED 05-10-2019



Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



---

### REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 6,398,114**

**Registered Jun. 22, 2021**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Riot Games, Inc.  (DELAWARE CORPORATION)
12333 W. Olympic Blvd.
Los Angeles, CALIFORNIA 90064

CLASS 9: Downloadable mobile game software; downloadable video game software; downloadable video game programs; video game software downloadable via a global computer network and wireless devices

FIRST USE 4-16-2019; IN COMMERCE 4-16-2019

The mark consists of the wording "RIOT GAMES" in stylized font with a fist design to the left of the wording.

OWNER OF U.S. REG. NO. 4233498, 4667930, 4641399, 4597374, 4109440

No claim is made to the exclusive right to use the following apart from the mark as shown: "GAMES"

SER. NO. 88-981,578, FILED 04-16-2019





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



---

### REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO).  The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,782,705**

**Registered Jul. 05, 2022**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Riot Games, Inc.  (DELAWARE CORPORATION)
12333 W. Olympic Blvd.
Los Angeles, CALIFORNIA 90064

CLASS 9: Digital music downloadable from the Internet; downloadable electronic publications, namely, comic books; downloadable music files

FIRST USE 4-16-2019; IN COMMERCE 4-16-2019

The mark consists of the wording "RIOT GAMES" in stylized font with a fist design to the left of the wording.

OWNER OF U.S. REG. NO. 4233498, 4667930, 4641399, 4597374, 4109440

No claim is made to the exclusive right to use the following apart from the mark as shown: "GAMES"

SER. NO. 88-387,301, FILED 04-16-2019



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,233,498**

**Registered Oct. 30, 2012**

**Int. Cls.: 9, 38 and 41**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

RIOT GAMES, INC. (DELAWARE CORPORATION)
2450 BROADWAY
SANTA MONICA, CA 90404

FOR: DOWNLOADABLE MULTI-PLAYER INTERACTIVE COMPUTER GAME PROGRAMS; COMPUTER AND VIDEO GAME SOFTWARE; COMPUTER GAME DISCS; DOWNLOAD-ABLE COMPUTER AND VIDEO GAME SOFTWARE; DOWNLOADABLE ELECTRONIC GAMES VIA THE INTERNET AND WIRELESS DEVICES; DOWNLOADABLE COMPUTER APPLICATION SOFTWARE IN THE FIELD OF GAMES; INTERACTIVE COMPUTER AND VIDEO GAME PROGRAMS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-27-2009; IN COMMERCE 10-27-2009.

FOR: PROVIDING ON-LINE CHAT ROOMS OR INTERACTIVE DISCUSSION FORUMS FOR TRANSMISSION OF MESSAGES AMONG THE PARTICIPANTS OF COMPUTER AND VIDEO GAMES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 10-27-2009; IN COMMERCE 10-27-2009.

FOR: ENTERTAINMENT SERVICES, NAMELY, PROVIDING ON-LINE COMPUTER GAMES; PROVIDING INTERACTIVE ON-LINE COMPUTER GAMES; PROVIDING MULTI-PLAYER INTERACTIVE ON-LINE COMPUTER GAMES; PROVIDING INFORMATION ABOUT COMPUTER AND VIDEO GAMES; PROVIDING TEMPORARY USE OF A NON-DOWN-LOADABLE CONTENT MANAGEMENT SOFTWARE SYSTEM ENABLING PLAYERS TO VIEW STATISTICAL INFORMATION ON THE PERFORMANCE OF OTHER PLAYERS IN THE FIELD OF COMPUTER AND VIDEO GAMES; PROVIDING TRACKING THE STATUS OF USERS OF ON-LINE INTERACTIVE GAMES AND MATCHING ON-LINE GAME PLAYERS WITH OTHER PLAYERS OF ALL SKILL LEVELS; PROVIDING A WEBSITE FEATURING ON-LINE INFORMATION ABOUT AND STRATEGIES FOR COMPUTER GAMES; FAN CLUB SERVICES; ARRANGING AND CONDUCTING COMPETITIONS FOR VIDEO AND COMPUTER GAME PLAYERS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 10-27-2009; IN COMMERCE 10-27-2009.

OWNER OF U.S. REG. NO. 4,109,440.



*David J. Kappos*

Director of the United States Patent and Trademark Office

**Reg. No. 4,233,498**   NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "GAMES", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE WORDING "RIOT GAMES", WITH THE WORD "RIOT" APPEARING IN FRONT OF AN OVAL-SHAPED BACKGROUND WITH A FIST DESIGN REPLACING THE DOT OVER THE LETTER "I". THE WORD "GAMES" APPEARS BENEATH THE WORD "RIOT" IN CAPITAL LETTERS.

SER. NO. 85-567,079, FILED 3-12-2012.

ALEX KEAM, EXAMINING ATTORNEY

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse)  **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO.  The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  *See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:   Fees and requirements for maintaining registrations are subject to change.   Please check the USPTO website for further information.   With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 6,404,044**

**Registered Jun. 29, 2021**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

Riot Games, Inc.  (DELAWARE CORPORATION)
12333 W. Olympic Blvd.
Los Angeles, CALIFORNIA 90064

CLASS 41: Entertainment services, namely, arranging and conducting live competitions, entertainment exhibitions, and tournaments in the field of video games; entertainment services, namely, providing online non-downloadable video game software for playing online games with ancillary features that allows users to create, modify user created interactive video game content based on the online games, via a global computer networks, the internet and wireless networks; entertainment services, namely, organizing live fan meetings in the fields of entertainment, gaming, video games and e-sports; entertainment services, namely, providing online video games; entertainment services, namely, providing temporary use of non-downloadable video games; organization of video game competitions, exhibitions and tournaments; production of video game software; providing non-downloadable online publications in the nature of comic books, graphic novels and stories featuring scenes and characters based on video games; providing online information about video games; providing online trivia, tips and strategies for video games

FIRST USE 4-16-2019; IN COMMERCE 4-16-2019

The mark consists of the wording "RIOT GAMES" in stylized font with a fist design to the left of the wording.

OWNER OF U.S. REG. NO. 4233498, 4667930, 4641399, 4597374, 4109440

No claim is made to the exclusive right to use the following apart from the mark as shown: "GAMES"

SER. NO. 88-387,310, FILED 04-16-2019



Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO).  The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,398,115**

**Registered Jun. 22, 2021**

**Int. Cl.: 35**

**Service Mark**

**Principal Register**

Riot Games, Inc. (DELAWARE CORPORATION)
12333 W. Olympic Blvd.
Los Angeles, CALIFORNIA 90064

CLASS 35: Online retail store services featuring backpacks, clothing, costumes, figurines, headwear, jewelry, lanyards, mousepads, ornamental pins, plush toys; providing incentive and rewards programs to video game players through issuance and processing of loyalty points to unlock virtual content in online video and computer games

FIRST USE 4-16-2019; IN COMMERCE 4-16-2019

The mark consists of the wording "RIOT GAMES" in stylized font with a fist design to the left of the wording.

OWNER OF U.S. REG. NO. 4233498, 4667930, 4641399, 4597374, 4109440

No claim is made to the exclusive right to use the following apart from the mark as shown: "GAMES"

SER. NO. 88-981,579, FILED 04-16-2019





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



<div style="border:1px solid black; padding:10px;">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 6,398,121**

**Registered Jun. 22, 2021**

**Int. Cl.: 42**

**Service Mark**

**Principal Register**

Riot Games, Inc.  (DELAWARE CORPORATION)
12333 W. Olympic Blvd.
Los Angeles, CALIFORNIA 90064

CLASS 42: Computer software design; computer software design and development in the field of video games; software as a service (SAAS) services featuring software for playing video games; software as a service (SAAS) services featuring software for video game enhancements

FIRST USE 4-16-2019; IN COMMERCE 4-16-2019

The mark consists of the wording "RIOT GAMES" in stylized font with a fist design to the left of the wording.

OWNER OF U.S. REG. NO. 4233498, 4667930, 4641399, 4597374, 4109440

No claim is made to the exclusive right to use the following apart from the mark as shown: "GAMES"

SER. NO. 88-981,621, FILED 04-16-2019





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,583,951**

**Registered Dec. 07, 2021**

**Int. Cl.: 38**

**Service Mark**

**Principal Register**

Riot Games, Inc.  (DELAWARE CORPORATION)
12333 W. Olympic Blvd.
Los Angeles, CALIFORNIA 90064

CLASS 38: Broadcasting and streaming of video game play and video game competitions over global communications networks, the internet, and wireless networks

FIRST USE 5-1-2019; IN COMMERCE 5-1-2019

The mark consists of the wording "RIOT GAMES" in stylized font with a fist design to the left of the wording.

OWNER OF U.S. REG. NO. 4233498, 4667930, 4641399, 4597374, 4109440

No claim is made to the exclusive right to use the following apart from the mark as shown: "GAMES"

SER. NO. 88-387,305, FILED 04-16-2019





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO).  The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 6,583,952**
**Registered Dec. 07, 2021**
**Int. Cl.: 38**
**Service Mark**
**Principal Register**

Riot Games, Inc.  (DELAWARE CORPORATION)
12333 W. Olympic Blvd.
Los Angeles, CALIFORNIA 90064

CLASS 38: Audio broadcasting; broadcasting of audio and video programs over the internet; streaming of audio, visual, and audio/visual material over global communications networks, the internet, and wireless networks; streaming of data; video broadcasting

FIRST USE 5-1-2019; IN COMMERCE 5-1-2019

The mark consists of the wording "RIOT GAMES" in stylized font with a fist design to the left of the wording.

OWNER OF U.S. REG. NO. 4233498, 4667930, 4641399, 4597374, 4109440

No claim is made to the exclusive right to use the following apart from the mark as shown: "GAMES"

SER. NO. 88-387,308, FILED 04-16-2019





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# RIOT PIN

**Reg. No. 4,720,579**

**Registered Apr. 14, 2015**

**Int. Cls.: 36 and 42**

**SERVICE MARK**

**PRINCIPAL REGISTER**

RIOT GAMES, INC. (DELAWARE CORPORATION)
2450 BROADWAY
SANTA MONICA, CA 90404

FOR: ELECTRONIC FUNDS TRANSFER SERVICES; PROVIDING ELECTRONIC PAYMENT SERVICES IN CONNECTION WITH COMPUTER GAMES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 9-25-2014; IN COMMERCE 9-25-2014.

FOR: PROVIDING ELECTRONIC PASSCODES FOR USE IN CONNECTION WITH COM-PUTER GAMES, NAMELY, GENERATING ELECTRONIC PERMISSION CODES WHICH ALLOW USERS TO PLAY COMPUTER GAMES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 9-25-2014; IN COMMERCE 9-25-2014.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 4,109,440, 4,146,255, AND 4,233,498.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PIN", APART FROM THE MARK AS SHOWN.

SN 85-749,345, FILED 10-9-2012.

BRIAN PINO, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse)  **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).   The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.   *See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.   *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at**  http://www.uspto.gov.



# United States of America
## United States Patent and Trademark Office

# RIOT POINTS

**Reg. No. 4,146,255**
**Registered May 22, 2012**

RIOT GAMES, INC. (DELAWARE CORPORATION)
2450 BROADWAY
SANTA MONICA, CA 90404

**Int. Cl.: 41**

FOR: ENTERTAINMENT SERVICES, PROVIDING VIRTUAL CURRENCY FOR TRANSAC-
TION OF VIRTUAL COMMERCE IN ONLINE VIDEO AND COMPUTER GAMES, IN CLASS
41 (U.S. CLS. 100, 101 AND 107).

**SERVICE MARK**

FIRST USE 11-20-2009; IN COMMERCE 11-20-2009.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "POINTS", APART FROM THE
MARK AS SHOWN.

SER. NO. 85-430,234, FILED 9-23-2011.

ANDREA K. NADELMAN, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.
>
> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE:   Fees and requirements for maintaining registrations are subject to change.   Please check the
USPTO website for further information.   With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,754,816**

**Registered Jun. 07, 2022**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Riot Games, Inc.  (DELAWARE CORPORATION)
12333 W. Olympic Blvd.
Los Angeles, CALIFORNIA 90064

CLASS 9: Downloadable video game software; downloadable video games; downloadable interactive multimedia video game programs; downloadable video game software; video game software downloadable via a global computer network and wireless devices

FIRST USE 11-16-2021; IN COMMERCE 11-16-2021

The mark consists of the words "RIOT FORGE" in stylized letters beneath a design comprised of a lightning bolt with two triangles in differing sizes on either side.

OWNER OF U.S. REG. NO. 4641399, 4720579, 4597374

SER. NO. 88-715,835, FILED 12-05-2019



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO).  The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# RIOT FORGE

**Reg. No. 6,719,318**
**Registered May 03, 2022**
**Int. Cl.: 42**
**Service Mark**
**Principal Register**

Riot Games, Inc.  (DELAWARE CORPORATION)
12333 W. Olympic Blvd.
Los Angeles, CALIFORNIA 90064

CLASS 42: Computer software design; computer software design and development in the field of video games; software as a service (SaaS) services featuring software for playing video games

FIRST USE 12-5-2019; IN COMMERCE 12-5-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4641399, 4720579, 4597374

SER. NO. 88-576,635, FILED 08-13-2019



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO).  The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# RIOT VANGUARD

**Reg. No. 6,230,123**

**Registered Dec. 22, 2020**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Riot Games, Inc.  (DELAWARE CORPORATION)
12333 W. Olympic Blvd.
Los Angeles, CALIFORNIA 90064

CLASS 9: Downloadable computer software for identifying, monitoring and reporting cheating in video games; downloadable computer software for monitoring and analyzing video game play; downloadable computer software for monitoring and managing the gaming community to prevent cheating; downloadable computer software for preventing cheating in video games; downloadable computer software for monitoring video game play; downloadable anti-cheat computer software for preventing video gamers from utilizing cheat codes; downloadable computer software for video games in order to prevent players from obtaining an unfair advantage by using third-party tools

FIRST USE 4-7-2020; IN COMMERCE 4-7-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4641399, 4720579, 4597374

SER. NO. 88-878,678, FILED 04-20-2020



Director of the United States
Patent and Trademark Office



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# RIOT VANGUARD

**Reg. No. 6,230,125**
**Registered Dec. 22, 2020**
**Int. Cl.: 42**
**Service Mark**
**Principal Register**

Riot Games, Inc.  (DELAWARE CORPORATION)
12333 W. Olympic Blvd.
Los Angeles, CALIFORNIA 90064

CLASS 42: Providing temporary use of non-downloadable computer software for identifying, monitoring and reporting cheating in video games; providing temporary use of non-downloadable computer software for monitoring and analyzing video game play; providing temporary use of non-downloadable computer software for monitoring and managing the gaming community to prevent cheating; providing temporary use of non-downloadable computer software for preventing cheating in video games; providing temporary use of non-downloadable computer software for monitoring video game play; providing temporary use of non-downloadable computer software for preventing video gamers from utilizing cheat codes; providing temporary use of non-downloadable computer software in order to prevent players from obtaining an unfair advantage by using third-party tools

FIRST USE 4-7-2020; IN COMMERCE 4-7-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4641399, 4720579, 4597374

SER. NO. 88-878,685, FILED 04-20-2020





Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO).  The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# RIOT VANGUARD

**Reg. No. 6,230,124**
**Registered Dec. 22, 2020**
**Int. Cl.: 41**
**Service Mark**
**Principal Register**

Riot Games, Inc.  (DELAWARE CORPORATION)
12333 W. Olympic Blvd.
Los Angeles, CALIFORNIA 90064

CLASS 41: Electronic game services utilizing anti-cheat software provided by means of the internet; entertainment services, namely, providing temporary use of non-downloadable video games utilizing anti-cheat software

FIRST USE 4-7-2020; IN COMMERCE 4-7-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4641399, 4720579, 4597374

SER. NO. 88-878,681, FILED 04-20-2020



Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO).  The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# Exhibit 3



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Wed May 3 03:17:22 EDT 2023*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   **List At:** [          ] OR Jump **to record:** [          ]   **Record 1 out of 10**

---

TSDR   ASSIGN Status   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*



| Field | Value |
|---|---|
| **Word Mark** | RIOT PWR |
| **Goods and Services** | IC 028. US 022 023 038 050. G & S: Peripherals adapted for use with computing devices, namely, video game controllers for mobile computing devices |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 01.15.02 - Electricity ; Lightning ; Sparks (jagged lines) |
| **Serial Number** | 97129377 |
| **Filing Date** | November 17, 2021 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | April 19, 2022 |
| **Owner** | (APPLICANT) **T2M**, LLC LIMITED LIABILITY COMPANY MINNESOTA 2440 Kyle Avenue Golden Valley MINNESOTA 55422 |
| **Attorney of Record** | MATTHEW DOOLEY |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of a combination of stylized wording and design, presented in a vertical orientation, consisting of the word "RIOT" sitting vertically on top of a horizontally presented and smaller word "PWR". Inside the "O" of "RIOT" is the design of a vertically oriented lightning bolt. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | **LIVE** |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Wed May 3 03:17:22 EDT 2023*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout Please logout when you are done to release system resources allocated for you.

Start List At: _____ OR Jump to record: _____ **Record 2 out of 10**

TSDR | ASSIGN Status | TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | RIOT PWR |
| **Goods and Services** | IC 028. US 022 023 038 050. G & S: Peripherals adapted for use with computing devices, namely, video game controllers for mobile computing devices |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 01.15.02 - Electricity ; Lightning ; Sparks (jagged lines) |
| **Serial Number** | 90780311 |
| **Filing Date** | June 17, 2021 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | April 19, 2022 |
| **Owner** | (APPLICANT) **T2M, LLC** LIMITED LIABILITY COMPANY MINNESOTA 2440 Kyle Avenue Golden Valley MINNESOTA 55422 |
| **Attorney of Record** | MATTHEW DOOLEY |
| **Description of Mark** | The mark consists of a combination of stylized wording and design, presented in a horizontal orientation, consisting of the word "RIOT" sitting horizontally adjacent to a vertically presented and smaller word "PWR". Inside the "O" of "RIOT" is the design of a vertically oriented lightning bolt. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | **LIVE** |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Wed May 3 03:17:22 EDT 2023*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: [_____]  OR  Jump  to record: [_____]   **Record 3 out of 10**

---

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | RIOT PWR |
| **Goods and Services** | IC 028. US 022 023 038 050. G & S: Peripherals adapted for use with computing devices, namely, video game controllers for mobile computing devices |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 01.15.02 - Electricity ; Lightning ; Sparks (jagged lines) |
| **Serial Number** | 90780248 |
| **Filing Date** | June 17, 2021 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | April 19, 2022 |
| **Owner** | (APPLICANT) **T2M**, LLC LIMITED LIABILITY COMPANY MINNESOTA 2440 Kyle Avenue Golden Valley MINNESOTA 55422 |
| **Attorney of Record** | MATTHEW DOOLEY |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of a combination of stylized wording and design, presented in a vertical orientation, consisting of the word "RIOT" sitting vertically on top of a horizontally presented and smaller word "PWR". Inside the "O" of "RIOT" is the design of a horizontally oriented lightning bolt. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | **LIVE** |

TESS HOME  NEW USER  STRUCTURED  FREE FORM  BROWSE DICT  SEARCH OG  TOP  HELP  PREV LIST  CURR LIST  NEXT LIST

FIRST DOC  PREV DOC  NEXT DOC  LAST DOC

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# Exhibit 4

Exhibit 3
Townley, F.
04/12/23
*@ptus*

**Ticket #: 46725021**

" ho appena acquistato un controller rotor riot per iphone mala batteria interna carica solo se connessa al telefono,e solo fino al primo led rosso.chiedevo se normale o dovrebbe come penso caricare al max quando non connesso al telefono.grazie."

<u>Translated:</u> "i just bought a riot rotor controller for iphone but the internal battery only charges when connected to the phone, and only until the first red led. i was wondering if normal or should as i think it charges to max when not connected to the phone. thanks."

**Ticket #: 74400799**

"Bonjour j'ai acheter une manette rotor riot Lightning sur le site Apple le 09/08/2021. Aujourd'hui je rencontre de gros problème lors de sont utilisation la gâchette inférieur gauche génère un problème de mauvais contact et ne fonctionne plus correctement. Le produit étant encore sous garanti que pouvez vous faire pour moi!
Ma référence de commande Apple est le W792802381"

<u>Translated:</u> "Hello, I bought a riot Lightning rotor controller on the Apple site on 08/09/2021. Today I have a big problem when using the lower left trigger generates a problem of poor contact and no longer works correctly. The product is still under warranty what can you do for me!
My Apple order reference is W792802381"